UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ANTHONY TROXLER | : CASE NO. 3:24-cv-925 |
| v. | |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE through the LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER – SHREVEPORT | : CHIEF JUDGE SHELLY D. DICK<br><br>: MAG. JUDGE SCOTT D. JOHNSON |

**MOTION TO TRANSFER PURSUANT TO "FIRST-TO-FILE" RULE**

NOW INTO COURT, through undersigned counsel, comes DEFENDANT, BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ("the Board") through the LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER – SHREVEPORT ("LSUHSC-S"), which respectfully moves to to transfer this case to the United States District Court for the Western District of Louisiana, pursuant to the Fifth Circuit's "first-to-file rule." The grounds for this relief are as follows:

1.

The relief requested herein is premised on the existence of an earlier-filed, substantially overlapping suit that was originally filed in the Eastern District of Texas (Dkt. No. 4:24-cv-0970), but which was subsequently transferred by that court, *sua sponte*, to the Western District of Louisiana (Dkt. No. 5:25-cv-0074).

2.

The "first-to-file" rule makes clear that this Court, as the second-filed court, is to determine whether there is "substantial overlap" between the two cases. If the second-filed court so finds, the proper course of action for it is to transfer the action to the first-filed Court, which will then determine which of the two cases can or should proceed.

3.

As explained in the memorandum accompanying this motion, there is obviously substantial overlap between the Western-District matter and this case. Both cases assert a Title VII claim against the Board premised on the same operative factual allegations.

4.

The only differences between the two cases are (A) the United States Veterans Administration is not a defendant in the instant case; and (B) no claim under the Americans with Disabilities Act is made in the instant case. These differences are immaterial and do not justify a departure from the first-to-file rule.

5.

Accordingly, this Court should transfer this action to the Western District, so that it may determine which of these two cases should go forward and/or whether they should be consolidated together.

WHEREFORE, the Board PRAYS that, after due proceedings are had, the Court find that the instant case substantially overlaps with the earlier-filed action now pending in the Western District of Louisiana (Dkt. No. 5:25-cv-74), and transfer this case to the Western District accordingly.

[*SIGNATURE AND CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE*]

LIZ MURRILL
ATTORNEY GENERAL OF LOUISIANA

BY:   /s/ Marshall Perkins
      Marshall Perkins (La. Bar #36979)

SPECIAL ASSISTANT ATTORNEY GENERAL

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY & CROMWELL, L.L.P.

400 Texas Street, Suite 400 (71101)
P. O. Box 1786
Shreveport, Louisiana 71166-1786
Phone: (318) 221-1800
Fax:    (318) 226-0390
Email: mperkins@padwbc.com

ATTORNEYS FOR DEFENDANT, BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE through the LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER - SHREVEPORT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served on Plaintiff on January 23, 2025, via the Court's ECF notification system and via email.

      /s/ Marshall Perkins
      OF COUNSEL